IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA & STATE OF TENNESEE *ex rel.* JANELLE COX, <br><br> *Plaintiffs*, <br><br> v. <br><br> ASSOCIATED PAIN SPECIALISTS P.C., SMOKY MOUNTAIN AMBULATORY SURGERY CENTER, LLC, <br><br> *Defendants*. | Case No. 3:18-cv-154-HSM-DCP <br> JURY TRIAL DEMANDED |

## JOINT NOTICE OF SETTLEMENT

Come now the parties, by and through the undersigned counsel, and hereby jointly notify the Court that they have reached an agreement to resolve this case. Pursuant to the Court's previously entered Scheduling Order [D.E. 44], the parties hereby advise the Court that they do not need to utilize the Federal Court Mediation Program. The parties would further state as follows:

1. The parties have entered into a settlement agreement on or about June 26, 2020 fully resolving this matter.

2. The parties anticipate filing a joint Notice of Dismissal once the initial settlement payment is made on or by August 25, 2020.

3. A true and accurate copy of this Joint Notice of Settlement will be forwarded to the attention of Russell Eslinger via email to Russell_Eslinger@tned.uscourts.gov pursuant to the Court's direction in the previously entered Scheduling Order [D.E. 44].

1

Respectfully submitted this 3rd day of August, 2020

           By:    /s/ Daniel T. Swanson
                    Daniel T. Swanson (BPR No. 023051)
                    LONDON & AMBURN, P.C.
                    607 Market Street, Suite 900
                    Knoxville, TN 37902
                    Phone: (865) 637-0203
                    Fax: (865) 637-4850
                    dswanson@londonamburn.com
                    *Counsel for Associated Pain Specialists, P.C.*

                    J. DOUGLAS OVERBEY
                    United States Attorney

           By:    /s/ Jeremy S. Dykes by "DTS" w/permission
                    Jeremy S. Dykes, Maryland Bar Member
                    L. Margaret Harker, Virginia Bar No. 82188
                    Assistant U.S. Attorneys
                    Office of United States Attorney
                    800 Market St., Suite 211
                    Knoxville, TN 37902
                    (865) 545-4167
                    Jeremy.Dykes@usdoj.gov
                    Margaret.Harker@usdoj.gov
                    *Attorneys for the United States of America*

                    HERBERT H. SLATERY III
                    Tennessee Attorney General and Reporter

           By:    /s/ W. Anthony Hullender by "DTS" w/permission
                    W. Anthony Hullender, BPR No. 19436
                    Deputy Attorney General
                    Medicaid Fraud and Integrity Division
                    Office of the Attorney General
                    P.O. Box 20207
                    Nashville, TN 37202
                    (615) 532-2536
                    tony.hullender@ag.tn.gov
                    *Attorney for State of Tennessee*

By: /s/ Joseph M. Callow, Jr. by "DTS" w/permission
Gregory M. Utter
Joseph M. Callow, Jr.
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
gmutter@kmklaw.com
jcallow@kmklaw.com

David A. Burkhalter II BPR #004771
D. Alexander Burkhalter III, BPR #033642
THE BURKHALTER LAW FIRM, P.C.
P.O. Box 2777
Knoxville, Tennessee 37901
Phone: (865) 524-4974
Fax: (865 524-0172
david@burkhalterlaw.com
alex@burkhalterlaw.com

Joel D. Hesch
THE HESCH FIRM, LLC
3540 Ridgecroft Dr.
Lynchburg, Virginia 24503
Phone: (434) 229-8677
joel@howtoreportfraud.com
*Attorneys for Relator, Janelle Cox*

3

Case 3:18-cv-00154-HSM-DCP   Document 45   Filed 08/03/20   Page 3 of 4   PageID #: 293

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

   This 3rd day of August, 2020

            By: /s/ Daniel T. Swanson
               Daniel T. Swanson (BPR No. 023051)
               LONDON & AMBURN, P.C.
               607 Market Street, Suite 900
               Knoxville, TN 37902
               Phone: (865) 637-0203
               Fax: (865) 637-4850
               dswanson@londonamburn.com

               *Counsel for Associated Pain Specialists, P.C.*