# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA &  ) <br> STATE OF TENNESEE ) <br> *ex rel.* JANELLE COX, ) <br> ) <br>     *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> ASSOCIATED PAIN SPECIALISTS P.C., ) <br> ) <br>     *Defendant*. ) <br> _____) | Case No. 3:18-cv-154-HSM-DCP <br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee; the State of Tennessee, by and through Herbert H. Slatery III, Attorney General and Reporter for the State of Tennessee; Defendant Associated Pain Specialists, P.C., by and through its undersigned counsel, and Relator Janelle Cox, by and through her undersigned counsel (collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the Parties have entered into a settlement agreement, and the above-styled action shall be dismissed, subject to the terms of the agreement, as follows, with each party to bear its own costs:

    (1) As to the United States and the State of Tennessee, the action is dismissed with prejudice only as to the Covered Conduct released in the Settlement Agreement;

    (2) As to the Relator, the action is dismissed in its entirety, with prejudice.

The parties further stipulate to an Order of the Court, dismissing this matter as outlined.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: /s/ Jeremy S. Dykes
Jeremy S. Dykes, Maryland Bar Member
L. Margaret Harker, Virginia Bar No. 82188
Assistant U.S. Attorneys
Office of United States Attorney
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167
Jeremy.Dykes@usdoj.gov
Margaret.Harker@usdoj.gov


HERBERT H. SLATERY III
Tennessee Attorney General and Reporter

By: /s/ W. Anthony Hullender by "JSD" w/ permission
W. Anthony Hullender, BPR No. 19436
Deputy Attorney General
Medicaid Fraud and Integrity Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 532-2536
tony.hullender@ag.tn.gov


ATTORNEY FOR ASSOCIATED PAIN SPECIALISTS, P.C.

By: /s/ Daniel T. Swanson by "JSD" w/ permission
Daniel T. Swanson (BPR No. 023051)
LONDON & AMBURN, P.C.
607 Market Street, Suite 900
Knoxville, TN 37902
Phone: (865) 637-0203
Fax: (865) 637-4850
dswanson@londonamburn.com

ATTORNEYS FOR RELATOR

By: /s/ Joseph M. Callow, Jr. by "JSD" w/ permission
David A. Burkhalter, II
D. Alexander Burkhalter, III
The Burkhalter Law Firm, P.C.
P.O. Box 2777
Knoxville, TN 37901
david@burkhalterlaw.com
alex@burkhalterlaw.com


Gregory M. Utter
Joseph M. Callow, Jr.
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
gmutter@kmklaw.com
jcallow@kmklaw.com


Joel D. Hesch
THE HESCH FIRM, LLC
3540 Ridgecroft Dr.
Lynchburg, Virginia 24503
Phone: (434) 229-8677
joel@howtoreportfraud.com
*Attorneys for Relator, Janelle Cox*


**CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2020, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.


/s/ Jeremy S. Dykes
Jeremy S. Dykes
Assistant U.S. Attorney